IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LYLE BETTERTON,                                    07-CV-1179-BR

        Plaintiff,                                JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.


RICHARD A. SLY
1001 S.W. Fifth Avenue, Suite 310
Portland, OR 97204
(503) 224-0436

LINDA S. ZISKIN
3 Monroe Parkway, Suite P
Lake Oswego, OR 97035
(503) 210-0295

        Attorneys for Plaintiff

1  -  JUDGMENT

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1158

**DAVID MORADO**
Regional Chief Counsel
**FRANCO L. BECIA**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2114

      Attorneys for Defendant

      Based on the Court's Opinion and Order (#__) issued June 30, 2008, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

      DATED this 30th day of June, 2008.


                /s/ Anna J. Brown

               _____
               ANNA J. BROWN
               United States District Judge