FILED'08 AUG 05 10:46USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LYLE BETTERTON,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

07-CV-1179-BR

ORDER

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7499.00 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: Aug. 4, 2008.

_____
Hon. Anna J. Brown
United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff